Jeffrey Willis (#004870)
Robert Bernheim (#024664)
SNELL & WILMER LLP
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone: (520) 882-1200
Facsimile: (520) 884-1294
Attorneys for Defendants Optima Technology
Group, Inc., Adams, and Margolin

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNIVERSAL AVIONICS SYSTEMS CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OPTIMA TECHNOLOGY GROUP, INC., OPTIMA TECHNOLOGY CORPORATION, ROBERT ADAMS and JED MARGOLIN,<br><br>　　　　Defendants. | No. 07-CV-00588-RC<br><br>**REQUEST FOR ENTRY OF SEPARATE JUDGMENT UNDER RULE 58(d)**<br><br>Assigned to: Hon. Raner C. Collins |
| OPTIMA TECHNOLOGY INC. a/k/a OPTIMA TECHNOLOGY GROUP, INC., a corporation,<br><br>　　　　Counterclaimant,<br><br>vs.<br><br>UNIVERSAL AVIONICS SYSTEMS CORPORATION, an Arizona corporation,<br><br>　　　　Counterdefendant | |
| OPTIMA TECHNOLOGY INC. a/k/a OPTIMA TECHNOLOGY GROUP, INC., a corporation,<br><br>　　　　Cross-Claimant,<br><br>vs.<br><br>OPTIMA TECHNOLOGY CORPORATION, a corporation,<br><br>　　　　Cross-Defendant | |

54922.0001\BERNHER\SWDMS\8923033

Pursuant to Federal Rule of Civil Procedure 58(a)(1) and (d), Cross-Claimant Optima Technology Group, Inc. ("Optima"), applies for the entry of a separate form of judgment against Cross-Defendants Optima Technology Corporation, Inc., a California corporation ("OTC California"), and Optima Technology Corporation, Inc., a Nevada corporation ("OTC Nevada," collectively with OTC California, "OTC"). This Court granted Optima's prior Application for Entry of Default Judgment against OTC via its order dated July 2, 2008, and furthermore this Court found no just reason to delay certification of the judgment as final under Federal Rule of Civil Procedure 54(b). (Docket No. 101)  That order by itself, however, does not satisfy Rule 58(a)(1)'s requirement that a final judgment be lodged in a separate document from the order explaining the Court's analysis. *See Miller v. Marriott Int'l, Inc.*, 300 F.3d 1061, 1064 (9th Cir. 2002). As such, the judgment is not final, the time in which OTC may appeal the judgment has not yet begun, and Optima is unable to execute the judgment in full certainty of finality.

Based on the foregoing, Cross-Claimant Optima Technology Group, Inc. hereby respectfully requests that the Court enter a separate judgment, pursuant to Federal Rule of Civil Procedure 58(d) and in accordance with the Court's prior order, as described in the proposed form of judgment attached hereto.

RESPECTFULLY SUBMITTED this 8th day of July, 2008.

SNELL & WILMER L.L.P.


By:   s/Robert Bernheim
Jeffrey Willis
Robert Bernheim
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Attorneys for Defendants OTG, Adams, and Margolin

54922.0001\BERNHER\SWDMS\8923033

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2008, I electronically transmitted and sent via U.S. mail the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

E. Jeffrey Walsh
Greenberg Traurig, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
WalshJ@gtlaw.com

Scott J. Bornstein, BornsteinS@gtlaw.com
Allan A. Kassenoff, KassenoffA@gtlaw.com
Greenberg Traurig, LLP
200 Park Avenue, 34th Floor
MetLife Building
New York, NY 10166

*Attorneys for Plaintiff*

                                                                  s/Melanie G. Montenegro

Snell & Wilmer L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
(520) 882-1200

54922.0001\BERNHER\SWDMS\8923033