|   |   |
|---|---|
| UNIVERSAL AVIONICS SYSTEMS CORPORATION,  Plaintiff,  vs.  OPTIMA TECHNOLOGY GROUP, INC., OPTIMA TECHNOLOGY CORPORATION, ROBERT ADAMS and JED MARGOLIN, Defendants. | No. 07-CV-00588-RC  **[PROPOSED] FORM OF JUDGMENT**  Assigned to: Hon. Raner C. Collins |
| OPTIMA TECHNOLOGY INC. a/k/a OPTIMA TECHNOLOGY GROUP, INC., a corporation,  Counterclaimant,  vs.  UNIVERSAL AVIONICS SYSTEMS CORPORATION, an Arizona corporation,  Counterdefendant | |
| OPTIMA TECHNOLOGY INC. a/k/a OPTIMA TECHNOLOGY GROUP, INC., a corporation,  Cross-Claimant,  vs.  OPTIMA TECHNOLOGY CORPORATION, a corporation,  Cross-Defendant | |

This Court, having considered the Defendants' Application for Entry of Default Judgment, finds no just reason to delay entry of final judgment.

Therefore, IT IS HEREBY ORDERED:

Final judgment is entered against Cross-Defendants Optima Technology Corporation, a California corporation, and Optima Technology Corporation, a Nevada corporation (collectively, "OTC"), as follows:

1. OTC has no interest or right in U.S. Patent Nos. 5,566,073 and 5,904,724 (the "Patents") or the Durable Power of Attorney from Jed Margolin dated July 20, 2004 (the "Power of Attorney");

2. The Assignment OTC filed with the USPTO is forged, invalid, void, of no force and effect, and is hereby struck from the records of the USPTO;

3. The USPTO is to correct its records with respect to any claim by OTC to the Patents and/or the Power of Attorney; and

4. OTC is hereby enjoined from asserting further rights or interests in the Patents and/or Power of Attorney; and

5. There is no just reason to delay entry of final judgment as to OTC under Federal Rule of Civil Procedure 54(b).

DATED: _____.

                                                 Raner C. Collins
                                      United States District Judge